JUDGE JONES                    06 CV 7733

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BEAR, STEARNS & CO. INC.,<br><br>Defendant. | *ECF CASE*<br><br>Civil Action No. SEP 2 6 2006<br>06-CV-<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin discrimination and to provide appropriate relief to Sally Hartwig. As alleged with greater particularity below, Defendant Bear, Stearns & Co. Inc. (Defendant) discriminated against Ms. Hartwig by treating her differently than non-Hispanic employees, unfairly criticizing her performance because of her national origin, and ultimately firing her after learning that she was Hispanic.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 703(a)(1), 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000e-2 (a)(1), 42

U.S.C. §2000e-5 (f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of New York.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (EEOC), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (f)(1) and (3) of Title VII, 42 U.S.C. §§2000e-5 (f)(1) and (3).

4. At all relevant times, Defendant, a Delaware corporation, has been a corporation doing business in the City of New York, County of New York and State of New York and has continuously employed at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Hartwig filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.   Since at least June 2004, Defendant has engaged in unlawful employment practices at its offices at 383 Madison Avenue, New York, New York in violation of Section 703 (a)(1) of Title VII, 42 U.S.C. § 2000e-2 (a)(1). These practices have included, but are not limited to the following:

   a.   Ms. Hartwig was performing well in her job with Defendant until she told her supervisor on or about June 30, 2004 that she was half-Hispanic. Thereafter, Defendant began to treat Ms. Hartwig differently than non-Hispanic employees, unfairly criticized her performance and terminated Ms. Hartwig because of her national origin on or about July 22, 2004, less than a month after learning that she was Hispanic.

8.   The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Hartwig of equal employment opportunities.

9.   The unlawful employment practices complained of in paragraph 7 above were intentional.

10.  The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Hartwig.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in national origin discrimination and other employment practices which discriminate on the basis of national origin.

B.  Order Defendant to institute and carry out policies, practices, and programs which will ensure that employees are not discriminated against on the basis of national origin, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Ms. Hartwig by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to front pay and reinstatement.

D.  Order Defendant to make whole Ms. Hartwig by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to job search expenses, in amounts to be determined at trial.

E.  Order Defendant to make whole Ms. Hartwig by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to emotional pain and suffering, inconvenience, humiliation and loss of enjoyment of life, in amounts to be determined at trial.

F.  Order Defendant to pay Ms. Hartwig punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

                              Respectfully submitted,

Ronald Cooper
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Y. Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_____
Elizabeth Grossman (EG 2478)
Regional Attorney

_____
Judy Keenan (JK 3083)
Acting Supervisory Trial Attorney

_____
Monique J. Roberts (MR 6338)
Trial Attorney
NEW YORK DISTRICT OFFICE
33 Whitehall Street, 5th Floor
New York, New York 10014
(212) 336-3704 (Monique Roberts direct)
(212) 336-3623 (fax)